City of New York, Appellants.— Final order affirmed, with costs. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

RAYMOND RAMSDELL, Respondent, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

JACOB RASKIN, Respondent, v. MOSES KLETTER, Appellant.— Order consolidating actions reversed, without costs, without prejudice to a renewal of the motion upon papers showing whether defendant Canter has been served with process in the Municipal Court, and if he has been served, that he has received notice of the application to consolidate.* Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ., concur.

MARY ANN RAYNOR, Respondent, v. WILLETT E. RAYNOR, Appellant.— Judgment reversed upon reargument, and a new trial granted, without costs. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur. [See 200 App. Div. 913.]

MARJORIE F. REINBERG, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgment reversed, with costs, and complaint unanimously dismissed, with costs. This court reverses the findings of the Trial Term that the death of the assured was caused by accident while traveling as a passenger on a railway train. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

FLORENCE S. SCHULTZ, Respondent, v. SADIE ROOSEVELT, Sued as " SALLY " MESSENGER ROOSEVELT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

NATHAN SHOSTACK, Respondent, v. SAMUEL HASKELL, Appellant, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ., concur.

ALFRED W. SMITH, Respondent, v. ELMER C. ODELL, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

FRED C. SMITH, as Administrator, etc., of FLORENCE SMITH, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

AUGUST STEIGERWALD, Respondent, v. CHARLES H. WISSEMANN and CONRAD C. WISSEMANN, Doing Business under the Firm Name, etc., Appellants.— Order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

MARTHA W. TOWNSEND, Respondent, v. ELIZABETH COWAN and Others, Appellants, Impleaded with Others.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

JOHN J. TWOHEY, Respondent, v. CLARENCE ROBINSON, Appellant.— Judgment of the City Court of New Rochelle unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

THE CITY OF WHITE PLAINS, Appellant, v. SAM ELLIS, Defendant. UNITED

* See Civ. Prac. Act, §§ 96, 97.— [REP.